**Harry T. Evans, appellee, v. Joseph Goder and A. H. Moorehouse, trading as The Chicago Incinerator Company. Joseph Goder, appellant. Gen. No. 30,721.**

Action for services as salesman. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed October 13, 1926. Rehearing denied and opinion slightly modified October 27, 1926.

Watrous, Richie & Weiss, for appellant.    Clarence T. Morse, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.